IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN NASH, M.D., ) | |
| ) | |
| Plaintiff, ) | No.  08 C 03648 |
| ) | |
| vs. ) | Judge Zagel |
| ) | |
| COUNTY OF COOK, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

**ELECTRONC FILING & MAIL**

TO:   JAMIESON B. BOWMAN
      ASSISTANT STATE'S ATTORNEY
      LABOR/EMPLOYMENT SECTION
      500 RICHARD J. DALEY CENTER
      CHICAGO, IL 60602

   PLEASE TAKE NOTICE that on  Tuesday, July 15, 2008 at 10:15 a.m.  or as soon thereafter as counsel may be hear, the undersigned shall appear before Judge James B. Zagel, room 2503, United States District court for the Northern District of Illinois, Eastern Division, and then and there present an **AGREED MOTION TO TRANSFER CASE,** a copy of which is attached hereto and served upon you.

                              KAREN NASH
                              BY:

                                 __s/LINDA CARROL CHATMAN_____

Linda C. Chatman
Chatman Law Offices
19 S. LaSalle Suite 1500
Chicago, IL  60603
312-917-1005