IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN NASH, M.D., | ) |
|       Plaintiff, | ) No.08CV3648 |
| vs. | ) JUDGE CASTILLO |
| | ) MAGISTRATE JUDGE DOBBINS |
| COUNTY OF COOK, | ) |
|       Defendant. | ) |

**MOTION TO ACCEPT TRANSFER OF CASE**

NOW COMES the Plaintiff, KAREN NASH, M.D., by and through her attorney, Linda C. Chatman of Marcus, Boxerman & Chatman, LLP, and in support of her Motion to Accept Transfer of Case, states as follows:

1. Plaintiff's original complaint was filed within another complaint, which also contained Plaintiffs Vietta Johnson, M.D., Daniel Ivankovich, M.D. (Case No. 08 C 2139 before this Court.)

2. At the June 11, 2008 hearing on Defendant's Motion to Dismiss that complaint, this Court suggested and the Parties agreed that Plaintiff Karen Nash, M.D.'s complaint should be separated from Dr. Johnson's and Daniel Ivankovich's, which would remain combined.

3. While Dr. Nash's allegations are not inextricably linked to Dr. Johnson's and Dr. Ivankovich's, excluding their constitutional claims, her allegations are virtually identical to theirs; they both have race and sex discrimination claims against County of Cook with virtually identical players and witnesses.

4. Plaintiff's counsel and Defendants' Counsel are the

same for both cases and Defendants' counsel has voiced agreement to this motion.

    5.   Prior to separation of the cases, this matter was set for a settlement conference in this Court on July 22, 2008.

    6.   It would be a more efficient use of judicial resources to have these cases heard by the same Judge.

    WHEREFORE, Plaintiff, Karen Nash, M.D., now moves for this honorable Court to transfer her case back before Judge Ruben Castillo

                                  Respectfully submitted,

                                  _s/LINDA CARROL CHATMAN_____
                                  One of the Attorneys for Plaintiff

Linda C. Chatman
MARCUS, BOXERMAN & CHATMAN, LLP
19 S. LaSalle Suite 1500
Chicago, Illinois 60603
312-917-1005

**CERTIFICATE OF SERVICE**

I, Linda C. Chatman, hereby certify that I served a copy of the foregoing by mailing a copy of the same to the Defendant's attorney by depositing same in the U.S. Mail at 19 S. LaSalle, Chicago IL 60603, before 5:00 p.m. on July 16, 2008 and by filing a copy electronically with the Clerk of the Court.

                                  s/LINDA CARROL CHATMAN_____
                                  Linda Carrol Chatman