IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN NASH, M.D., | ) |
| | ) |
| Plaintiff, | ) No.  08 C 03648 |
| | ) |
| vs. | ) Judge Castillo |
| | ) |
| COUNTY OF COOK, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

**ELECTRONIC FILING & MAIL**

TO:   JAMIESON B. BOWMAN
      ASSISTANT STATE'S ATTORNEY
      LABOR/EMPLOYMENT SECTION
      500 RICHARD J. DALEY CENTER
      CHICAGO, IL 60602

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008 at 2:30 p.m. (coinciding with the scheduled Settlement Conference) or as soon thereafter as counsel may be hear, the undersigned shall appear before Judge Ruben Castillo, room 2141, United States District court for the Northern District of Illinois, Eastern Division, and then and there present a **MOTION TO ACCEPT TRANSFER,** a copy of which is attached hereto and served upon you.

                              KAREN NASH
                              BY:

                                **s/LINDA CARROL CHATMAN**

Linda C. Chatman
Chatman Law Offices
19 S. LaSalle Suite 1500
Chicago, IL  60603
312-917-1005