# United States District Court
# Northern District of Illinois

MHN

In the Matter of

Karen Nash

v.

County of Cook

Case No. 08 C 3648

Designated Magistrate Judge
Michael T. Mason

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **James B. Zagel** to be related to **08 C 2139** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Ruben Castillo

Dated: July 23, 2008

FILED
2008 JUL 25 PM 12: 15
U.S. DISTRICT COURT
CLERK

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Ruben Castillo**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 2 5 2008

Finding of Relatedness (Rev. 9/99)