## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Karen Nash
                        Plaintiff,

v.                               Case No.: 1:08−cv−03648
                                           Honorable Gary Feinerman

County of Cook
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2011:

       MINUTE entry before Honorable Gary Feinerman:The court has reviewed the parties' submissions regarding Defendants' alleged misrepresentation to the Courtroom Deputy [241] [247] [249] in case 08 C 2139. In the court's view, plaintiff counsel's email (Doc. 247 at 3) could not reasonably −− or even conceivably −− have been construed or understood as "a statement by Plaintiffs that they were not going to respond to Defendants' motion for summary judgment" (Doc. 247 at 1) or as a "declaration that Plaintiffs will not be responding to the Motion for Summary Judgment" (Doc. 249−1 at 2). Defendants are ordered to show cause in writing, by 12/23/2011, why their summary judgment motion 205 should not be summarily stricken, and also why a judgment of liability should not be entered against Defendants and in favor of Plaintiffs, as a consequence of these events. Plaintiffs may (but need not) file a response by 1/6/2012.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.